JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERT MARTINEZ, | ) | NO. EDCV 18-2529-ODW (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| DEBBIE ASUNCION, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 28, 2019

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

1